**JUDGE LEISURE**

Eduardo J. Glas (EG-7027)
McCarter & English, LLP
245 Park Avenue
New York, New York 10167
(212) 609-6800
(212) 609-6921 facsimile

Attorneys for Plaintiff
SUSQUEHANNA BANK

**08 CV 3984**



RECEIVED APR 28 2008 U.S.D.C. S.D. N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | | |
|---|---|---|
| SUSQUEHANNA BANK, | : | Civil Action No.: _____ |
| Plaintiff, | : | |
| -against- | : | DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO |
| JAMES S. MCGOWN | ,: | FED. R. CIV. P. 7.1 |
| Defendant. | : | |

-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, plaintiff Susquehanna Bank (hereinafter "Susquehanna"), hereby states that Susquehanna is a wholly-owned subsidiary of Susquehanna Bancshares Inc.. The parent company is publicly trated on Nasdaq.

Dated: New York, NY
April 28, 2008

MCCARTER & ENGLISH, LLP
Attorneys for Susquehanna Bank

By: _____
Eduardo J. Glas, Esq. (EG-7027)
A member of the Firm
245 Park Avenue
New York, New York 10167
212-609-6800

ME1 7320361v.1