AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

SUSQUEHANNA BANK

V.

JAMES S. MCGOWN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-3984 (PKL)

TO: (Name and address of Defendant)

James S. McGown
109 Reade Street
New York, NY 10013

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eduardo J. Glas, Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_(signature)_

(By) DEPUTY CLERK

APR 2 8 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-8-08 |
| NAME OF SERVER (PRINT) JANICE QUADARA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: AMY HICKS

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-8-08
            Date

Signature of Server: Janice Quadara

Address of Server: 245 PARK AVE 27th Fl New York, N.Y. 10167

SWORN TO SUBSCRIBED
BEFORE ME THIS
8th DAY MAY, 2008

B. [signature]

BRYAN WIDRO
Notary Public, State of New York
No. 01WI6133478
Qualified in Nassau County
Commission Expires 9/19/2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.