UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 Civ. 3984(PKL) (FM)

========================================

SUSQUEHANNA BANK

                        Plaintiff,

AFFIDAVIT
OF
SERVICE

-V-

JAMES MCGOWN

                                  Defendants.

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF KINGS     )

       JANICE QUADARA, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York.

       That on the 8th Day of **MAY, 2008, at 9:19 AM** deponent personally served a copy of a **ORDER TO SHOW CAUSE AND AFFIRMATION OF EDUARDO J. GLAS** upon:

JAMES S. MCGOWN 109 READE STREET NEW YORK, NEW YORK 10013 BASEMENT APARTMENT

Accepting service is an able and authorized person able to accept service thereof:

**AMY HICKS / GIRLFRIEND**   Female, White skin color, Brown Hair, Approximately: 5'2, 115 lbs., Approximately 35 years of age.

*[signature]*
JANICE QUADARA
LICENSE No. 1017034

Sworn to before me this

8th day of May, 2008

*[signature]*

Notary Public

BRYAN WIDRO
Notary Public, State of New York
No. 01WI6133478
Qualified in Nassau County
Commission Expires 9/19/2009

ME1 7179271v.1