```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

SUSQUEHANNA BANK,                       :

                Plaintiff,              :       ORDER

        -v.-                            :       08 Civ. 9384 (PKL)(FM)
                                                     3984
JAMES S. MCGOWN,                        :

                Defendant.              :

------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

Pursuant to a conference held earlier today, it is hereby ORDERED that the Clerk of the Court file the defendant's Answer in this matter dated May 19, 2008.

SO ORDERED.

Dated:   New York, New York
         May 22, 2008

                                        _____
                                        FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable Peter K. Leisure
United States District Judge

Eduardo Jorge Glas, Esq.
McCarter & English, LLP (NJ)
Fax: (212) 416-5158

James S. McGown [Pro Se]
109 Reade St.
New York, New York 10013