UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

SUSQUEHANNA BANK,                                :

        Plaintiff,                              :        **ORDER**

    -v.-                                                    :        08 Civ. ~~9384~~ (PKL)(FM)
                                                                           3484

JAMES S. McGOWN,                                  :

        Defendant.                          :

----------------------------------------------------------x

        Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. Mr. McGown shall be deposed on June 2, 2008, at 10:00 a.m., at the offices of McCarter & English located at 245 Park Avenue, New York, New York.

2. The deposition shall be limited to questions concerning (a) the loan extended to Mr. McGown and related documentation, (b) the outstanding amount of that loan, and (c) the location of the vessel.

3. On or before June 3, 2008, the plaintiff shall inform the Court by letter whether, in its judgment, Mr. McGown sufficiently answered the questions permitted by this Order.

        SO ORDERED.

Dated:    New York, New York
             May 22, 2008

                                                                FRANK MAAS
                                              United States Magistrate Judge

Copies to:

Honorable Peter K. Leisure
United States District Judge

Eduardo Jorge Glas, Esq.
McCarter & English, LLP
Fax: (212) 416-5158

James S. McGown [Pro Se]
109 Reade St.
New York, New York 10013