UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA BANK,

        Plaintiff,

    - against -

JAMES S. MCGOWN,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

**Order Designating Case to Non-ECF Status**

08 Civ. 3984   (PKL)

**LEISURE**, **District Judge**:

    Whereas defendant is proceeding *pro se*, it is hereby ORDERED that this action be exempt from electronic-case filing and that all future filings be made in the traditional manner according to the rules of this Court. In other words, defendant shall submit documents to this Court's *Pro Se* Office and plaintiff shall submit documents to this Court's Cashier's Office. Both parties are advised that service of all future documents should be made in the traditional manner according to the rules of this Court, that is, by mail or personal service.

**SO ORDERED.**
**New York, New York**
July 30, 2008

COPIES MAILED TO COUNSEL OF RECORD ON cy 7/30/08

_____
PETER K. LEISURE
United States District Judge