USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9,4/08

**MEMO ENDORSED**



McCARTER
ENGLISH
ATTORNEYS AT LAW

August 28, 2008

*Counsel is directed to contact Mr. McGown and place a conference call to Chambers to arrange a new date.*

*/s/ Maas, USMJ,
9/4/08*

U.S. Magistrate Judge Frank Maas
U.S. District Court - Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Eduardo J. Glas
Partner
T 212.609.6844
F 212.416.5158
eglas@mccarter.com

Re: Susquehanna Bank v. James McGown
Case No.: 08-CIV 3984 (PKL) (FM)

Dear Magistrate Judge Maas:

We represent Susquehanna Bank in the above referenced case. The Court has scheduled a mediation before Your Honor on September 26, 2008 at 10:30 am. We respectfully request an adjournment to a later date. Counsel for Susquehanna is scheduled to be at a National Conference of Bankruptcy Judges from September 24th to the 27th which will take place in Arizona. We are available on September 29, 2008, and in early October 2008.

McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167
T 212.609.6800
F 212.609.6921
www.mccarter.com

Respectfully,

Eduardo J. Glas

EJG/gb

cc: James McGown

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 7672189v.1